Opinion approved by the court.

GILBERT v. STATE.

No. 26854.

Court of Criminal Appeals of Texas.

Feb. 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The appellant was convicted for the offense of burglary and his punishment was assessed at three years in the penitentiary.

The indictment, as well as all matters of procedure, appears to be regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.